IN THE UNITED STATES DISTRICT COURT FOR THE   FILED
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

PATRICK WANAMAKER,

Defendant.

2026 MAR 13 P 1:33

Case No. 1:26-cr-53

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT, between in or about December 2015 and October 2023, in the Eastern District of Virginia, the defendant PATRICK WANAMAKER, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce, to wit: the Internet; and the child pornography received by the defendant had been shipped and transported by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).)

Todd W. Blanche
Deputy Attorney General

Date:  March 13, 2026          By:  _____/s/_____

Alexandra Minghella
Special Assistant United States Attorney
April Russo
Assistant United States Attorney